■ ROBERT NAGEL, Respondent, v LEONARD SONNENBERG et al., Defendants, and FOSECO MINSEP, LTD., Appellant.—Motion by respondent to dismiss appeal from an order of the Supreme Court, Nassau County, dated July 23, 1979. Motion denied. Mollen P. J., Cohalan, O'Connor and Weinstein, JJ., concur.